IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON

UNITED STATES OF AMERICA

v.                                              CRIMINAL NO. 3:19-cr-00185

JEFFREY S. MILLER

MOTION OF THE UNITED STATES TO
SCHEDULE GUILTY PLEA HEARING

    Comes now the United States of America, by Stefan Hasselblad, Assistant United States Attorney for the Southern District of West Virginia, and respectfully requests the Court to set a date, time, and location for a guilty plea hearing to be held with regard to the above-styled case.

                                               Respectfully submitted,

                                               MICHAEL B. STUART
                                               United States Attorney


                            By:

                                  /s/   Stefan J.O. Hasselblad
                                  STEFAN J.O. HASSELBLAD
                                  Assistant United States Attorney
                                  D.C. Bar No. 1045070
                                  300 Virginia Street, East
                                  Room 4000
                                  Charleston, WV  25301
                                  Telephone:  304-345-2200
                                  Email: stefan.hasselblad@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "Motion of the United States to Schedule Guilty Plea Hearing" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this the 17th day of July, 2019, to:

>Raymond Nolan
>4625 WV-152
>Lavalette, WV 25535
>304-654-2291
>raymondnolan@hotmail.com

By:
/s/ Stefan J.O. Hasselblad
STEFAN J.O. HASSELBLAD
Assistant United States Attorney
D.C. Bar No. 1045070
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone: 304-345-2200
Email: stefan.hasselblad@usdoj.gov