IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

UNITED STATES OF AMERICA

v.     CRIMINAL ACTION NO.   3:19-00185

JEFFREY S. MILLER

**ORDER**

Pending is the Motion of the United States to Schedule a Guilty Plea Hearing in this matter. ECF No. 2. The Court **GRANTS** the motion and **SCHEDULES** a plea hearing, pursuant to *Fed. R. Crim. P.* 11, for **August 19, 2019,** at **2:30 p.m.**

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel and the defendant, the United States Attorney's Office, the United States Probation Office, and the United States Marshals Service.

ENTER:     July 17, 2019

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE