IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 3:19-00185

JEFFREY S. MILLER

**ORDER**

Each party has filed a motion to continue the plea hearing in this matter. ECF Nos. 4, 5. For good cause shown, the Court **GRANTS** the motions and reschedules the plea hearing for **September 3, 2019**, at **1:30 p.m.**

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel and the defendant, the United States Attorney's Office, the United States Probation Office, and the United States Marshals Service.

ENTER:   August 13, 2019

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE