IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON

**UNITED STATES OF AMERICA**

v.                                    CRIMINAL NO. 3:19-cr-00185

**JEFFREY S. MILLER**

## MOTION OF THE UNITED STATES TO CONTINUE SENTENCING HEARING

Comes now the United States of America, by Stefan J.O. Hasselblad, Assistant United States Attorney for the Southern District of West Virginia, and respectfully requests the Court to grant at least a 21-day continuance of the sentencing hearing scheduled on December 9, 2019, in the above-styled case.  This motion is based upon the need for additional time for Probation to complete a Pre-Sentence Investigation.  Defense counsel does not object to this motion.  Defendant is not detained.

                                Respectfully submitted,

                                MICHAEL B. STUART
                                United States Attorney

                        By:
                                /s/ Stefan J.O. Hasselblad
                                STEFAN J.O. HASSELBLAD
                                Assistant United States Attorney
                                D.C. Bar No. 1045070
                                300 Virginia Street, East
                                Room 4000
                                Charleston, WV  25301
                                Telephone: 304-345-2200

CERTIFICATE OF SERVICE

    It is hereby certified that the foregoing "Motion of the United States to Continue Sentencing Hearing" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this the 25th day of October, 2019, to:

        Raymond Nolan
        4625 WV-152
        Lavalette, WV 25535
        304-654-2291
        raymondnolan@hotmail.com

        s/Stefan J.O. Hasselblad
        STEFAN J.O. HASSELBLAD
        Assistant United States Attorney
        D.C. Bar No. 1045070
        300 Virginia Street, East
        Room 4000
        Charleston, WV 25301
        Telephone: 304-345-2200
        Email: stefan.hasselblad@usdoj.gov